In the Matter of BRADSHAW CRANDELL, Petitioner, against LAZARUS JOSEPH, as Comptroller of the City of New York, et al., Respondents. — Determination of comptroller unanimously annulled, with $20 costs and disbursements to respondents. There is no dispute as to the facts or law in this case. It does not seem appropriate to state the law that might be applicable to other facts. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Heffernan and Bergan, JJ.

OSCAR KWASNEK, on Behalf of the Estate of JOSEPH KWASNEK, Deceased, Respondent, v. HYMAN S. HURWITZ, as Surviving Administrator of the Estate of JOSEPH KWASNEK, Deceased, et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Heffernan and Bergan, JJ. [See post, p. 921.]

In the Matter of BELPLAZA CORP., Appellant-Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [129–141 E. 49th St., 541 Lexington Ave., and 126–128 E. 50th St., Borough of Manhattan.] — Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Heffernan and Bergan, JJ.

AARON GRAY et al., Appellants, v. MILTON KAUFMAN et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See post, p. 916.]

MAX JAKOB, Appellant, v. HENRY R. JAHN & SON, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

H. HERBERT ROMANOFF, Appellant, v. ESTHER ROMANOFF, Individually and as General Guardian of LEILA M. BLITMAN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.

HARRY PODELL et al., Partners Doing Business as HARENWILL WOOLEN CO., Appellants, v. MILTON MILLSTEIN, INC., Respondent.— Determination unanimously affirmed, with costs to respondent, on the ground that the delivery date allegedly agreed upon was not incorporated in the memorandum. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.

FRANCIS J. MULLIGAN, Public Administrator of the County of New York, as Administrator of the Estate of MARGARET CARTER, Deceased, Respondent, v. TRAVELERS INSURANCE COMPANY, Appellant.— For the reasons stated in the opinion of the Justice of the City Court and in the dissenting opinion in the Appellate Term, the determination of the Appellate Term, and the judgment entered thereon, reversed, with costs and the judgment of the City Court reinstated. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.; Dore and Cohn, JJ., dissent and vote to affirm. Settle order on notice. [See post, p. 861.]